# EXHIBIT A

Contents: Allegheny County Jail

"Inmate Handbook" Excerpts.

2 Pages

## Introduction to ACJ

The Allegheny County Jail (ACJ), at 950 Second Avenue, Pittsburgh, PA 15219, is owned by Allegheny County and is funded by real estate tax payers. ACJ is governed by the Allegheny County Chief Executive with the Jail Oversight Board. ACJ confines men and women who are committed by judges, magistrates or other legal authorities. When confinement orders are lifted or expire, inmates are released. Inmates can be awaiting trial, awaiting hearings, awaiting action by a holding authority or serving sentences. Most ACJ inmates are awaiting trial.

Custody in ACJ is not intended to be punitive. Our rules and regulations ensure that the jail environment is secure, safe and orderly for the protection of all who live or work in ACJ. We set policies and procedures according to constitutional mandates, state regulations, statutes and standards for correctional institutions. We require employees to enforce our safety and security regulations in a consistent and fair manner.

ACJ is a **Tobacco-Free Facility**, based upon findings of the U.S. Surgeon General, the U.S. Environmental Protection Agency and the County Health Department. It is the policy of ACJ that all tobacco products and associated devices are contraband. Violators of the Tobacco-Free policy face disciplinary action.

It is our responsibility to inform you about Jail rules and procedures. We provide this information through this Handbook. **It is your responsibility to learn the rules and abide by them.** The Handbook is a reference tool to learn the rules, and to find out about ACJ's programs and services. If something is unclear to you, we urge you to seek an answer from your Pod Officer, Unit Supervisor, or Caseworker. **Ask for help when you need it.**

Jail life can be stressful, but you can reduce your stress by adopting a positive attitude. ACJ strives for mutually respectful interactions between staff and inmates as one way to maintain a positive atmosphere. Please address staff respectfully (Eg., Deputy Warden Smith, Officer James, Mr. Smith).

It is important that you obey the orders issued by Jail employees. If you receive conflicting orders, follow the last order given. You may complain later to the appropriate staff member via an Inmate Complaint Form. Your complaint will be investigated and you will receive a response.

**ACJ rules and regulations are subject to change without notice.**
THINK BEFORE YOU SPEAK OR ACT!

- Counterfeiting, forging, or reproducing any document, article of identification, security items or official paper, without proper authorization
- Failure to stand for count or late return
- Interfering with the taking of the count
- Having an unexcused absence from work or any assignment
- Acting in a way that disrupts or interferes with security or the orderly running of the jail
- Encouraging, facilitating or otherwise conspiring with others to commit any prohibited act
- Violating any other posted rule or regulation

## DISCIPLINARY REPORTS AND HEARINGS

A major infraction or multiple minor infractions can result in filing of a Disciplinary Report against you. The Disciplinary Report contains the charges alleged, the time and date of the incident, the witnesses or others involved in the incident, and a brief narrative of the events. The reporting staff person will give you a copy of the Disciplinary Report when it is completed. If you are confined to your cell as a result of the misconduct, the reporting staff person must give you your copy of the Disciplinary Report within three (3) hours.

You may ask persons (inmates or staff) who witnessed the incident to testify at your Disciplinary Hearing, but only if you submit a Request for Witnesses form before the scheduled hearing. **Note that no inmate can be forced to be a witness against his or her will.**

### Disciplinary Hearing

A Disciplinary Hearing will be held with the Disciplinary Hearing Committee, within six (6) days of the date of the misconduct, but not less than 24 hours after you receive your copy of the notice. At the Disciplinary Hearing you will be informed verbally of the allegations against you and the narrative of the incident as documented in the Disciplinary Report will be read to you. After the report is read aloud, you may enter a plea for any or for all the allegations. You will then have an opportunity to explain your version of the incident and then may call any witness/es, if the presence of the witnesses does not pose a security threat. Minutes of the hearing are recorded by the Caseworker. A written summary of the hearing will be prepared that contains the facts upon which the committee based its decision. You will receive a copy of the summary, after the hearing, and will be advised of your right to request a Formal Review within fifteen (15) days of the hearing date. If you request a Formal Review, you should send the request to the Deputy Warden of Operations.

### Hearing Committee Actions and Sanctions

The Disciplinary Hearing Committee may take the following actions after a hearing: