# EXHIBIT B

## Contents: Restraint Chair Report

1 Page

## Restraint Chair Section

(Do NOT print this page if the restraint chair was not used during the Use of Force Occurrence)

| Inmate/New Arrest Name: | CARL JONES | | DOC # (if applicable): | 146436 |
|---|---|---|---|---|

### TEAM IN

| Authorized Staff (print) | Sergeant MARK FALCONE |
|---|---|
| Authorized Staff Signature | [signature] |
| Date secured in restraint chair: | 10/25/19 |
| Time secured in restraint chair: | 13:40 |

| # | |
|---|---|
| 1 | Officer ERIC GAMBOA |
| 2 | Officer JOHN D'ANGELO |
| 3 | Officer JEFF LUCENTE |
| 4 | Officer KEVIN CALDWELL |
| 5 | |
| 6 | |

### TEAM OUT

| Authorized Staff (print) | |
|---|---|
| Authorized Staff Signature | |
| Date removed from restraint chair: | |
| Time removed from restraint chair: | |

| # | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |

Time Checks:

Exercise times/denials:

Bathroom times (if applicable):

Meal times/denials (if applicable):

Brief reason for chair placement: Involved in a "code 3" // Actively resisting

### Instructions for Restraint Chair Report

The Staff member who orders an inmate/offender secured in the restraint chair must complete:
1. Inmate/Offender Name section of the restraint chair report
2. Brief reason for placement in restraint chair section of the restraint chair report
3. *Team In* section of the restraint chair report
4. Submit a copy of the restraint chair report in the perfect packet to the Shift Commander
5. Place the original restraint chair report in the restraint chair binder at the ASAP desk so that time checks, exercise times/denials, bathroom times, and meal times/denials can be logged by Correctional personnel, *exact times of checks must be documented.*

The staff member who orders an inmate/offender removed from the restraint chair must:
1. Remove the restraint chair report from the restraint chair binder at the ASAP desk
2. Fill in the *Team Out* section of the restraint chair report
3. Make sure time checks, exercise times/denials, bathroom times, and meal times/denials have been documented on the report if applicable
4. Scan and e-mail the completed restraint chair report to # ACJ Use of Force Packet and label the e-mail, "Completed Restraint Chair Report"
5. Submit the original restraint chair report to the Shift Commander to be attached to the Use of Force Packet for review

*Ensure the inmate/new arrest is pat-searched and/or strip-searched after being removed from the chair*