# EXHIBIT C

## Contents: Defendant Narducci's Mockery Note

1 Page

I will get you a copy

— Narducci

P.S. Please stop hitting your call button. It is for medical emergencies only.

# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

# CIVIL DIVISION

| | |
|---|---|
| CARL S. JONES JR., | Civil Action No. 2:21-cv-1519 |
| *Plaintiff*, | |
| v. | **JURY TRIAL DEMANDED** |
| CHAD CUTSHALL, D. SCHROTT, | |
| DAVE WEBER, SERGEANT GREENWALT, | Magistrate Judge: Lisa Pupo Lenihan |
| JESSE ANDRASCIK, JOHN D'ANGELO, | |
| JOHN PIENDEL, MARK FALCONE, | |
| FNU NARDUCCI, WILLIAM WAGNER, | |
| CAPTAIN YOUNG, and FRANK CHRONISTER, | |
| *Defendants*. | |

# CERTIFICATE OF SERVICE

I, Plaintiff, Carl S. Jones Jr., do hereby certify that a true and correct copy of the Amended Complaint was served upon the following parties by U.S. Mail:

| | |
|---|---|
| Lisa G. Michel | Clerk's Office |
| Allegheny County Law Department | United States District Court |
| 300 Fort Pitt Commons Building | 700 Grant Street, Room 3110 |
| 445 Fort Pitt Boulevard | Pittsburgh, PA 15219 |
| Pittsburgh, PA 15219 | |

1